# EXHIBIT 2

most fun teams, from Barcelona to Liverpool

9h  - Bill Connelly

-45%

**Why can't more American soccer coaches get hired in Europe?**
1d  - Noah Davis

**Weekend Review: Man United keep drifting, Jota Liverpool's MVP, Pedri comes up big for Barcelona**
4d  - ESPN

**Abramovich changed European football forever, or did he?**
12d  - Bill Connelly

**David Healy, Sir Alex Ferguson's most successful coaching protege, is ready for step up**
15d  - Mark Ogden

**Stats: Ronaldo's all-time record 807, Messi's unwanted 6**

# The 50 most influential people in football: ESPN FC's 2017 countdown


 ESPN staff

Jul 18, 2017



Football is big business -- a global sport with multiple leagues and teams and international competitions all vying for your attention (and money). But who

As we did in 2015 with our inaugural list, ESPN FC has ranked the top 50 movers and shakers in the game, from FIFA president Gianni Infantino to Cristiano Ronaldo to the mystery person (or people) behind Football Leaks.

We've also expanded our approach this time around by ranking the Top 10 influencers in the key regions of planet football (Europe, South America, North America, Africa and Asia) with the help of our experts in each region.

The List



50. David Chung



49. Bridget Rohde



48. Charlie Stilitano



47. Tite



46. Kwesi Nyantakyi



45. Gordon Taylor

**50-41 includes Stilitano, Granovskaya**
5y  - ESPN staff

**ESPN's Watchability Rankings: Europe's most fun teams, from Barcelona to Liverpool**
4h  - Bill Connelly

**Why can't more American soccer coaches get hired in Europe?**
1d  - Noah Davis

**Weekend Review: Man United keep drifting, Jota Liverpool's MVP, Pedri comes up big for Barcelona**
4d  - ESPN

**Abramovich changed European football forever, or did he?**
12d  - Bill Connelly

**David Healy, Sir Alex Ferguson's most successful coaching protege, is ready**

# Most Influential 50-41 includes Tite, Granovskaya and Elleray



 **ESPN staff**                                             Jul 18, 2017



*ESPN FC is counting down the 50 most influential men and women in football, as compiled by our editors and writers from around the world.*

Terms of Use   Privacy Policy   Your California Privacy Rights   Children's Online Privacy Policy   Interest-Based Ads   About Nielsen Measurement   Do Not Sell My Info   Contact Us   Disney Ad Sales Site   Work for ESPN

Copyright: © ESPN Enterprises, Inc. All rights reserved.

## 48. Charlie Stilitano (Relevent Sports chairman)



Charlie Stilitano. Getty

Preseason tours are as much about marketing and money as they are form and fitness, and Stilitano has established himself as the go-to person in this field. The International Champions Cup, for which ESPN is a rights holder, is an annual, multicontinent event that features the world's biggest clubs and puts on events such as this month's Miami *Clasico* between Barcelona and Real Madrid. And might it become more important? In 2016, Stilitano made headlines when he suggested that the ICC could offer an alternative to the UEFA Champions League and feature games outside Europe.

## 47. Tite (Brazil manager)



Tite. Getty

He was called in to regenerate the *Selecao,* after the 2014 World Cup defeat to Germany and subsequent return of Carlos Dunga, and he's done exactly that. Brazil have won eight out of eight with Tite at the helm in the notoriously difficult South American World Cup qualifying tournament and became the first