# EXHIBIT 4

4/4/22, 10:04 PM
Stillitano: "I'll explain the Serie A expansion plan in the USA" - Ruetir
Case 1:22-cv-02917-VM Document 1-4 Filed 04/07/22 Page 2 of 3

Home World Lifestyle Business Entertainment Sports Tuesday, April 5, 2022

# Ruetir

HOME  WORLD  LIFESTYLE  BUSINESS  ENTERTAINMENT  SPORTS

Home > Sports

## Stillitano: "I'll explain the Serie A expansion plan in the USA"

December 4, 2021   in **Sports**   💬 0



0 SHARES   24 VIEWS

Share on Facebook    Share on Twitter

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our **Privacy and Cookie Policy**.   I Agree



Important statements from Stillitano, who explains the growth of Italian football in America as well: "*The popularity of football in the US has increased enormously in recent years: fans are now 54 million out of a population of 320 million, and it is a young audience unlike Europe.*".



Serie A logo / Danilo Di Giovanni / GettyImages



Stillitano has in mind a series of events, programs and social initiatives to be able to conquer the American people and another of the projects is to bring back the **Super Cup** in the States, where he has been absent since 2003, as well as organizing a series of friendlies. Serie A, according to Stillitano, can undermine La Liga to second place, behind the unattainable, at least for now, the English Premier League. Here are Stillitano's words: "*Serie A has come out of a difficult moment and boasts numerous American properties. Even if few are aware of it, today is the most spectacular European championship, where the most goals are scored*".

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy and Cookie Policy.    I Agree