# EXHIBIT 5

HOME   |   SPORTS

# FOOTBALL: LEGA SERIE A, NEW HEADQUARTERS IN NEW YORK FROM JANUARY

- Advertisement -



(ANSA) – MILAN, NOV 26 – The Lega Serie A Council, which met today, approved the opening of a Lega headquarters in New York, on 6th Avenue, a few steps from the Empire State Building. In the new office will work Charlie Stillitano, Scott Guglielmino and Marco Messina, points of reference in the United States for Italian football fans.

"With great satisfaction we are preparing to inaugurate the first foreign office of Lega Serie A, finalizing a project started months ago and postponed due to the pandemic – this is the comment of Luigi De Siervo, CEO of Lega Serie A -. next January we will be operational in downtown Manhattan, to promote the image of Serie A in North America and build a constant dialogue with CBS and the large community of fans of our championship. "

"With this bridge of contact with the United States, we will have the opportunity to develop new initiatives and commercial opportunities throughout the United States, for us and for our clubs, continuing our internationalization strategy which foresees the opening of other offices around the world, starting from Dubai and Shanghai ", concludes De Siervo.

During the meeting it was also decided to launch a strong and incisive action to combat counterfeiting thanks to the services of two leading companies in their respective sectors: the Corsearch company will take care of protecting the digital space, while the Carpinvest Group company has been charged with combating the sale of counterfeit items near stadiums. (HANDLE).

.

Source From: Ansa

- Advertisement -

Case 1:22-cv-02917-VM Document 1-5 Filed 04/07/22 Page 3 of 3

NOVEMBER 26, 2021

**MARTIN**