# **EXHIBIT 6**

**From:** Daniel Sillman <dsillman@rsgrp.com>
**Sent:** Friday, January 28, 2022 4:28 PM
**To:** Hutcher, Larry <LKH@dhclegal.com>
**Cc:** Martin B. O'Connor II <mboc@ocomo.com>
**Subject:** Re: Charlie Stillitano

Larry,

I am confused which part of the email you are referring to that you do not agree with you. Are you free to speak now?

Thanks,

Danny

**DANIEL SILLMAN**
*Chief Executive Officer*

office:    646-277-7348
mobile :   248-640-0139

423 West 55th Street, Floor 11
New York, NY 10019




**From:** Hutcher, Larry <LKH@dhclegal.com>
**Sent:** Friday, January 28, 2022 4:23:11 PM
**To:** Daniel Sillman <dsillman@rsgrp.com>
**Cc:** Martin B. O'Connor II <mboc@ocomo.com>
**Subject:** Re: Charlie Stillitano

While I do not agree with the contents of your email you are certainly correct in that you are entitled to a response. We are meeting later today and we will reach out to you early next week to discuss this and hopefully resolve it.

Sorry for the delay

Best regards

_____

**Larry Hutcher, Esq.**
Davidoff Hutcher & Citron LLP
605 Third Avenue,
New York, NY 10158
Firm: 212.557.7200
Direct: 646.428.3248
Fax: 212.286.1884
Email: lkh@dhclegal.com
Website

On Jan 28, 2022, at 7:33 AM, Daniel Sillman <dsillman@rsgrp.com> wrote:

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Larry, I am not quite sure what is going on, but it's been over a year, and we have been paying Charlie's severance in good faith. We need to get this resolved.

Danny

**DANIEL SILLMAN**
*Chief Executive Officer*

office:    646-277-7348
mobile :  248-640-0139

423 West 55th Street, Floor 11
New York, NY 10019

<email_sig2020_2_e09946cd-e40c-438f-9fb4-45db5f270c22.png>

**From:** Daniel Sillman <dsillman@rsgrp.com>
**Sent:** Thursday, January 6, 2022 5:24:43 PM
**To:** Hutcher, Larry <LKH@dhclegal.com>
**Cc:** Martin B. O'Connor II <mboc@ocomo.com>
**Subject:** RE: Charlie Stillitano

Larry,

I hope all is well. I just wanted to circle back on this.

Danny

**DANIEL SILLMAN**
*Chief Executive Officer*

office:     646-277-7348
mobile :   248-640-0139

423 West 55th Street, Floor 11
New York, NY 10019

<email_sig2020_2_e09946cd-e40c-438f-9fb4-45db5f270c22.png>
**From:** Hutcher, Larry <LKH@dhclegal.com>
**Sent:** Monday, November 29, 2021 4:26 PM
**To:** Daniel Sillman <dsillman@rsgrp.com>
**Cc:** Martin B. O'Connor II <mboc@ocomo.com>
**Subject:** Re: Charlie Stillitano


I have been out of the office but I am returning tomorrow. I will reach out to you in the next few days. Hope you are well and had a great holiday

Larry Hutcher
Davidoff Hutcher & Citron
605 Third Avenue
New York, NY 10158
Firm: 212.557.7200
Direct: 646.428.3248
Cell: 917.969.5191
Email: lkh@dhclegal.com

**From:** Daniel Sillman <dsillman@rsgrp.com>
**Sent:** Monday, November 29, 2021 2:25:18 PM
**To:** Hutcher, Larry <LKH@dhclegal.com>
**Cc:** Martin B. O'Connor II <mboc@ocomo.com>
**Subject:** RE: Charlie Stillitano

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Larry,

I hope all is well and that you had a great thanksgiving.

I never heard back from you related to wrapping up Charlie's Employment Agreement. As I keep reading news about Charlie's endeavors in the world of global football (links below) it makes me assume that this is why I didn't hear back. The Serie A office role is competitive with Relevent's core business. I am happy for Charlie that he is busy driving his career forward, but would like to resolve the agreement so there is no confusion on competitive businesses.

Do you have time to speak in the next few days?

Thanks,

3

Danny

https://www.sportico.com/business/finance/2021/brazilian-super-league-investors-1234647035/

Football: Lega Serie A, new headquarters in New York from January | Global Happenings

**DANIEL SILLMAN**
*Chief Executive Officer*
office:     646-277-7348
mobile :  248-640-0139

423 West 55th Street, Floor 11
New York, NY 10019

<image001.png>
**From:** Hutcher, Larry <LKH@dhclegal.com>
**Sent:** Thursday, August 12, 2021 2:46 PM
**To:** Daniel Sillman <dsillman@rsgrp.com>
**Subject:**

Danny.

As I stated in our call. I'm representing Charles Stillitano and look forward to talking with you. Best regards

Larry Hutcher
Davidoff Hutcher & Citron
605 Third Avenue
New York, NY 10158
Firm: 212.557.7200
Direct: 646.428.3248
Cell: 917.969.5191
Email: lkh@dhclegal.com

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should never
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,do not accept emailed
wiring instructions from anyone else without voice verification from a known
employee of our office. Even if an email looks like it has come from this
office or someone involved in your transaction. Please call us first at a number
you know to be correct for this office to verify the information before wiring
any money. Be particularly wary of any request to change wiring instructions
you already received.
******************************************************************

4

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
************************************************************************

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further, <u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
************************************************************************

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
************************************************************************

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further, <u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*