# EXHIBIT 7

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Harris M. Mufson
Direct: +1 212.351.3805
Fax: +1 212.817.9505
HMufson@gibsondunn.com

February 1, 2022

<u>VIA ELECTRONIC MAIL</u>

Larry Hutcher
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY  10158
Email:  LKH@dhclegal.com

Re:     <u>Charlie Stillitano</u>

Dear Mr. Hutcher:

    We represent Relevent Sports, LLC ("Relevent" or "the Company") and write regarding Charlie Stillitano's flagrant violations of his contractual obligations to Relevent.

    During his employment with Relevent, Mr. Stillitano executed an Employee Covenants Agreement (the "Agreement") that is narrowly tailored to protect Relevent's legitimate business interests.  The Agreement (a copy of which is enclosed for your convenience) provides, in relevant part, that for one (1) year after the last day of Mr. Stillitano's employment with Relevent, he shall not: (a) directly or indirectly engage in any business (whether as an employee, consultant, director, officer, partner, member, investor or shareholder) that is a "Competitive Business"; or (b) directly or indirectly seek to diminish the relationships between the Company (and its parents, subsidiaries and affiliates) and any of their investors, clients, customers, sponsors, collaborators, participant soccer clubs or teams, vendors or service providers or seek, directly or indirectly, to divert such relationships for Mr. Stillitano's personal benefit or other person or entity with whom Mr. Stillitano may then be employed or otherwise associated.  The Agreement expressly defines "Competitive Business" as (a) a business that is in competition with any business of the Company (and its parents, subsidiaries and affiliates); and (b) any business, profession, or other endeavor that directly or indirectly engages in the staging, organization, promotion, marketing or commercialization of international soccer events or rights related thereto, anywhere in the world.

    Since Mr. Stillitano's departure from the Company in May 2021, he has ignored his contractual non-competition commitment.  Recently, it was publicly reported that Mr. Stillitano joined colleagues to open the New York office of Lega Serie A with a mandate to "promote the image of Serie A in North America" and "develop new initiatives and commercial opportunities throughout the United States." (https://globalhappenings.com/sports/50523.htm).   Further, my client knows that Mr.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

**GIBSON DUNN**

Larry Hutcher
February 1, 2022
Page 2

Stillitano has contacted numerous European soccer clubs (including Real Madrid, Barcelona, Juventus, Chelsea, Atletico Madrid and Paris Saint-Germain F.C.) about organizing soccer events in the United States.  My client also knows that Mr. Stillitano is currently attempting to stage a soccer event at Allegiant Stadium in Las Vegas, Nevada.  These actions clearly violate Mr. Stillitano's contractual obligations and have caused (and will continue to cause) Relevent irreparable harm.

Mr. Stillitano's misconduct is quite shocking and disappointing given the parties' long-standing relationship and the fact that Mr. Stillitano maintains a profits interest in Relevent.  Moreover, the Company has generously paid Mr. Stillitano severance even though Mr. Stillitano is not entitled to any such benefits.

While Relevent hopes that it will not become necessary to pursue legal action, it will not sit idly by and permit Mr. Stillitano to plainly violate the Agreement.  His misconduct must end immediately or Relevent will have no choice but to seek legal redress and recover all of the damages to which it is entitled (including its attorneys' fees).

Accordingly, Relevent demands that *on or before February 7, 2022*, Mr. Stillitano confirm in writing that he (i) has ended his relationship with Lega Serie A; (ii) will abide by all of the terms of the Agreement, including the non-competition provision; and (iii) cease and desist from taking any action (directly or indirectly) to organize, stage, promote, market or commercialize any international soccer events through July 30, 2022.  We further invite you to contact us about formalizing Mr. Stillitano's severance arrangement, including his execution of a general release and addressing his obligation to repay his promissory note.

Absent Mr. Stillitano's compliance with our demands, we intend to pursue legal action.  Should this matter proceed to any type of litigation or arbitration, any and all documents and records regarding Mr. Stillitano's competitive activities, including emails, calendars, voicemails, or notes, may be subject to discovery.  **We thus hereby demand that Mr. Stillitano preserve any and all such documents and information now.**

In closing, please note that this letter is not intended to, and does not, contain a complete statement of all the facts related to the matters described herein.  Relevent reserves all of its rights and remedies.

**GIBSON DUNN**

Larry Hutcher
February 1, 2022
Page 3


       Thank you for your anticipated cooperation.

Sincerely,

*Harris M. Mufson*

Harris M. Mufson

cc: Martin B. O'Connor II (*via email at mboc@ocomo.com*)