# EXHIBIT 8



# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

February 7, 2022

By Email: hmufson@gibsondunn.com
Harris Mufson, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Re:   Charlie Stillitano

Dear Mr. Mufson:

I write in response to your February 1, 2022 letter regarding Charlie Stillitano.

At the very outset, I reject in its entirety that Mr. Stillitano "has ignored his contractual non-competition commitment." Even if the Employee Covenants Agreement that Relevant now seeks to enforce was enforceable – which it is not - Relevant's prior breaches of its employment agreement with Mr. Stillitano renders the clause null and void and unenforceable.

Relevant's failure to honor the financial commitments it made to Mr. Stillitano including, but not limited to, the salary payable to him, represents a material breach of the Agreement. Simply put, because Relevant's breaches are so clear your threats of "legal action" ring hollow.

I know that over the last few days Dan Sillman has repeatedly reached out to Charlie to discuss what he hoped could be the amicable resolution of these issues. We agree that this would be the most desirable outcome and we welcome such a discussion with the principals (including Steven Ross) as well as us as counsel. Let me know if that is something you are interested in.

In the alternative, if you are foolish enough to commence an action seeking to enforce this covenant, please advise the court that we are counsel for Mr. Stillitano and wish to be heard in connection with any application for temporary injunctive relief.

942642

DAVIDOFF HUTCHER & CITRON LLP

Harris Mufson, Esq.
February 7, 2022
Page 2

I look forward to hearing from you in a timely manner.

Very truly yours,

Larry Hutcher

cc:     Martin B. O'Connor, Esq.