# EXHIBIT 9

4/4/22, 10:30 PM

Case 1:22-cv-02917-VM Document 1-9 Filed 04/07/22 Page 2 of 10
Real Madrid and Barcelona could play El Clasico in Las Vegas next summer -report - Managing Madrid



**MANAGING MADRID**

REAL MADRID CF: NEWS  REAL MADRID CF: EL CLÁSICO  EL CLÁSICO

# Real Madrid and Barcelona could play El Clasico in Las Vegas next summer -report

*Both teams are expected to travel to the United States in the 2022 pre-season, according to MARCA.*

By Lucas Navarrete | @LucasNavarreteM | Mar 22, 2022, 8:59pm CET | | 3 Comments



Photo by Gabe Ginsberg/SOPA Images/LightRocket via Getty Images

Case 1:22-cv-02917-VM  Document 1-9  Filed 04/07/22  Page 3 of 10

**Real Madrid** and Barcelona are about to schedule a pre-season **El Clasico** which will be hosted in Las Vegas' Allegiant Stadium, according to a report published on MARCA. The two sides were going to play in that venue in the summer of 2020 but the Coronavirus pandemic forced to cancel the event.

The initial idea, per that same report on MARCA, would be to host a tournament with **Juventus** and Milan. If the report is accurate, all four teams would travel away from their respective countries for the first time since the pandemic started in early 2020.

Apparently, Real Madrid would also play two games in Los Angeles and San Diego, although the details of all three games still have to be finalized and nothing is official yet.

The 2022 pre-season will be an important moment for every club in European football, as it will be a very unusual season because of the 2022 FIFA World Cup, which will be played during the winter, forcing clubs and players alike to change their plans in terms of conditioning.

---

LATEST VIDEO FROM SB NATION

# Didier Drogba's momentous final kick in Chelsea's 2012 Champions League run demands a deep rewind





Barcelona and Real Madrid could play El Clasico in Las Vegas next season

# Barcelona and Real Madrid could play El Clasico in Las Vegas next season

X

Amreen Bhujwala

March 22, 2022 10:40 pm



GETTY IMAGES

Advertisement

Advertisement

## Barca and Real Madrid are set to travel to the United States for the 2022/23 pre-season.



Barcelona and Real Madrid are set to play a pre-season El Clasico in the United States next summer.

The two La Liga rivals were set to face each other at the Las Vegas Allegiant Stadium in the summer of 2020 but the match was called off due to the coronavirus pandemic.

## Recent betting tips



**Bet of the Day – Tuesday (March 22)**
10 hours ago



**Bet of the Day – Monday (March 21)**
yesterday



**Serie A 2021-22: 3 Betting tips for Matchday 30**
4 days ago

**Monaco vs PSG: Match**

But now, Marca have revealed that Barcelona and Real Madrid would be playing the tournament alongside Juventus and Milan.

This will be the first time all four teams will be playing away from their respective home countries since the pandemic began. The reported friendlies will be part of a new summer tournament branded the 'Champions Cup'.

The report goes on to state that Real Madrid will also play two games in Los Angeles and San Diego, however, details of all three games still need to be finalised.

This is the second time in five years an El Clasico will be held in the United States, with one of the games to be held at the Hard Rock Stadium in Miami.



**Madrid Xtra**
@MadridXtra

🚨| Real Madrid and Barcelona are closing in on an AGREEMENT for a pre-season El Clasico in Las Vegas. @marca

5:11 PM · Mar 22, 2022

♡ 2K      💬 Reply      🔗 Copy link

**Read 25 replies**

Barcelona beat Los Blancos 0-4 last week at the Santiago Bernabeu with goals from Ferran Torres, Ronald Araujo, and a brace from Pierre-Emerick Aubameyang.

Real Madrid legend Guti slammed Carlo Ancelotti for his side's display on Sunday.

"I'm Ancelotti and I look at the bench and I have Hazard, Jovic, [Gareth] Bale, Isco... And you're telling me that I can't sub any of them in?" he said on El Chiringuito.

"What's going on? I am getting lost.

"I watch the game against Barcelona and I see the Real Madrid bench and I find that in the second half the first change from Madrid is Mariano... How can this be?

preview and betting suggestions
4 days ago

Ajax vs Feyenoord: Best odds, team news, H2H and betting tips
4 days ago

Advertisement

Barcelona and Real Madrid could play El Clasico in Las Vegas next season



"Aren't Bale and Hazard there? Madrid's first offensive change Mariano, who hasn't played this year?"

Despite their El Clasico defeat, Real Madrid are still holding on to their lead at the top of the La Liga table. They hold a nine-point lead over second-placed Sevilla, while Barcelona are third, with a game in hand.

**Be sure not to miss out on the latest news about La Liga**



Download our brand new App and follow your favorite players, clubs, and much more

 

## More about

  **FC BARCELONA**

  **LA LIGA**

  **REAL MADRID**

## Related


Latest news                                    12 hours ago
**The 20 richest football clubs in the world revealed**


La Liga                                        yesterday
**What is Aubameyang's record against Real Madrid?**


La Liga                                        yesterday
**Real Madrid 0-4 Barcelona – El Clasico Player Ratings**


La Liga                                        2 days ago
**Rodrygo starts as Real Madrid announce El Clasico lineup**

## Latest tips

English League One                             10 hours ago
**Bet of the Day – Tuesday (March 22)**

X

Betting — yesterday

Bet of the Day – Monday (March 21)

SERIE A

Serie A — 4 days ago

Serie A 2021-22: 3 Betting tips for Matchday 30

VS

Ligue 1 — 4 days ago

Monaco vs PSG: Match preview and betting suggestions

## Latest articles

La Liga — 15 seconds ago

Barcelona and Real Madrid could play El Clasico in Las Vegas next season

Manchester United — 1 hour ago

Gary Neville explains why he preferred playing with David Beckham over Cristiano Ronaldo

Paris Saint-Germain — 3 hours ago

Neymar arrives “almost drunk” at PSG and “damaging” the club

Qatar — 4 hours ago

Louis van Gaal slams Qatar for hosting 2022 World Cup

Latest news — 6 hours ago

Top 5 Cameroonian Goalkeepers Of All Time

Latest news — 7 hours ago

Done deal! Barcelona ‘complete’ free transfer for AC Milan star

World Cup — 8 hours ago

Cristiano Ronaldo sends defiant message amid Portugal’s World Cup qualification crisis

Latest news — 9 hours ago

Andre Onana involved in a horrific car accident in Cameroon

English League One — 10 hours ago

Bet of the Day – Tuesday (March 22)

Chelsea — 11 hours ago

London-based Centricus joins race to buy Chelsea

4/4/22, 10:30 PM
Case 1:22-cv-02913-VM Document 1-9 Filed 04/07/22 Page 9 of 10
Barcelona and Real Madrid could play El Clasico in Las Vegas next season





**Latest news**                                                  12 hours ago
## The 20 richest football clubs in the world revealed



**Latest news**                                                  13 hours ago
## Tuesday's transfer rumors – Arsenal rekindle interest in Brazilian star after failed January move



**Manchester United**                                            yesterday
## Ronaldo-backed Cricket NFT Startup aims to raise $100m



**Serie A**                                                      yesterday
## Ronaldo & Lukaku named in best Serie A XI of 2020/21



**Latest news**                                                  yesterday
## Ex-Real Madrid coach reveals moment Messi rivalry pushed Ronaldo to next level



**Betting**                                                      yesterday
## Bet of the Day – Monday (March 21)



**La Liga**                                                      yesterday
## What is Aubameyang's record against Real Madrid?



**Real Madrid**                                                  yesterday
## Ancelotti explains bizarre Modric decision in Real Madrid's Clasico mauling



**FC Barcelona**                                                 yesterday
## Xavi rates Barcelona's title hopes after Clasico win



**Latest news**                                                  yesterday
## Monday's transfer rumors – Bayern Munich table €25m offer for Man United target



**La Liga**                                                      yesterday
## Real Madrid 0-4 Barcelona – El Clasico Player Ratings



**World Cup**                                                    yesterday
## Nigeria: Eguavoen announce Ndidi replacement ahead of Ghana clash



**FA Cup**                                                       2 days ago
## FA Cup semi-final draw: Chelsea, Liverpool, Man City & Palace learn next opponents



**La Liga**                                                      2 days ago
## Rodrygo starts as Real Madrid announce El Clasico lineup

**Real Madrid**                                                  2 days ago
## Ronaldo exit turned Benzema into Real Madrid's leader, claims Aitor Karanka

4/4/22, 10:30 PM
Case 1:22-cv-02917-VM  Document 1-9  Filed 04/07/23  Page 10 of 10
Barcelona and Real Madrid could play El Clasico in Las Vegas next season







FA Cup                                                    2 days ago

### Southampton 1-4 Manchester City – FA Cup Player Ratings



Eredivisie                                               2 days ago

### Ajax 3-2 Feyenoord – Eredivisie Player Ratings



Africa                                                   2 days ago

### Best Uganda XI of all time



Serie A                                                  2 days ago

### Fiorentina 1-1 Inter – Serie A Player Ratings



Leeds United                                             2 days ago

### Finance expert slams Leeds United for selling crypto 'magic beans' to fans

---

## Information

About

Contact

Download app

Authors

Advertising

Cookie Policy

Privacy Policy

## Categories

Football news

Standings

Video

## Leagues

Premier League

Bundesliga

Serie A

La Liga

## Partners

Bitcoin Betting

Casinomir.com

Americasino

Igbaffiliate

KIR

Giros Gratis Casino

Live Football Scores

18+