```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RELEVANT SPORTS, LLC,              :
                    Plaintiff,     :
         -against-                 :         22 CV 2917
                                   :           ORDER
CARMELO STILLITANO,                :
                                   :
                    Defendant.     :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The hearing currently scheduled in this matter for April 22, 2022 is hereby rescheduled to April 18, 2022 at 2:00 PM. The hearing shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

Furthermore, the parties are hereby directed to file papers related to the hearing by 5:00 PM on April 14, 2022. No reply memorandum is necessary. Any issues on reply can be addressed at the April 18 hearing.

**SO ORDERED:**

Dated:  New York, New York
        12 April 2022

_____
Victor Marrero
U.S.D.J.