Charlie Stillitano

June 2, 2020

Relevent Sports, LLC
423 West 55th Street, 11th Floor
New York, NY 10019
Attn: Diana Nelson,

Re: Employment agreement between Relevent Sports, LLC ("Company") and Charlie Stillitano ("Executive") dated June 21, 2018 ("Agreement")

Dear Ms. Nelson,

Pursuant to Section 11(e)(iii) of the Agreement, I hereby give the Company notice of events that give rise to Good Reason (as defined in Section 11(e)(iii) of the Agreement) under the Agreement.

In or about May 2020, the Employer diminished my duties and responsibilities without my consent. Clause (A) of the definition of Good Reason specifically states that "any material diminution in Executive's duties or responsibilities without his prior consent" is an event of Good Reason. The recent decision to minimize my role is clearly a material diminution of my duties.

In addition, effective May 2020, the Company reduced my Base Salary below $625,000 without my consent. Clause (B) of the definition of Good Reason specifically states that the "Company's reduction of Executive's Base Salary" as set forth in the Agreement is an event of Good Reason.

Under Section 11(e)(iii) of the Agreement, the Company is required to cure the breaches set forth herein within 30 days of this notice.

Very truly yours.

Charlie Stillitano