Charlie Stillitano

June 2, 2020

Relevent Sports, LLC
423 West 55th Street, 11th Floor
New York, NY 10019
Attn: Diana Nelson

Re: Employment agreement between Relevent Sports, LLC ("Company") and Charlie Stillitano, dated June 21, 2018 ("Agreement")

Dear Diana,

Today I provided notice to the Company of certain events that have occurred recently, which give rise to Good Reason (as defined in Section 11(e)(iii) of the Agreement) under the Agreement. The terms of the Agreement require me to notify the Company of any event that gives rise to Good Reason within 90 days of my actual knowledge of the event. So, the notice provided was merely done to preserve my rights under the Agreement.

It is my intention to resolve these issues with the Company. To that end, it is my hope that we can have a meaningful conversation to find a resolution. I look forward to hearing from you and promptly settling these issues.

Very truly yours.

Charlie Stillitano