# EARNINGS STATEMENT



**Relevent Sports LLC**
423 West 55th St 11th Fl
New York, NY 10019

Check No: 40356011
Check Date: 01/28/2022
Pay Period: 01/01/2022 - 01/15/2022

## Carmelo Stillitano

510 Shackamaxon Drive
Westfield, NJ 07090-

Employee ID : 00001418468
Location: Relevent Sports LLC-HQ
Business Title: Executive Chairman

Department: 9716009
Pay Rate: $200,000.00 Annual

**NON-NEGOTIABLE**

**Net Pay**
USD **$13,757.28**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Reimbursement-Non Taxable | 0.000 | 0.00 | 0.00 | 4,618.17 | 0.00 | 0.00 | 4,618.17 |
| Separation Pay Recurring | 0.000 | 0.00 | 0.00 | 13,541.67 | 0.00 | 0.00 | 27,083.34 |
| Gross Pay | | 0.00 | 0.00 | 18,159.84 | 0.00 | 0.00 | 31,701.51 |
| Fed Taxable Gross | | | | 13,541.67 | | | 27,083.34 |

### Tax Withholding

| Description | Federal | NJ State |
|---|---|---|
| Marital Status | Married | M/CU-Joint |
| Allowance/Credit | 3.00 | 3.00 |
| Addl Income | 0.00 | 0.00 |
| Deductions | 0.00 | |
| Addl Amt | 0.00 | 0.00 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholding | 2,477.29 | | 4,954.58 |
| Fed MED EE | 196.36 | | 392.71 |
| Fed OASDI EE | 839.59 | | 1,679.17 |
| NJ Withholding | 0.00 | | 0.00 |
| NY Withholding | 889.32 | | 1,778.64 |
| Total Taxes | 4,402.56 | | 8,805.10 |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Total Before Tax Deductions | 0.00 | 0.00 | 0.00 |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Total After Tax Deductions | 0.00 | | 0.00 |
| Total Deductions | 0.00 | | 0.00 |
| Net Pay | 13,757.28 | | 22,896.41 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Total Non-Taxable | 0.00 | 0.00 |
| Total Benefits | 0.00 | 0.00 |

### Time Off

| Description |
|---|
| Start Balance |
| +Earned |
| -Taken |
| +Adjustments |
| End Balance |

### Direct Deposit

| Account Type | Account No | Deposit Amount |
|---|---|---|
| Checking | 3457 | 13757.28 |
| Total | | 13757.28 |

