

| Home | News | Fan Engagement | Football | USA |

# Serie A to open New York office to expand North American reach

**Bob Williams, US office**　　　　　　　　　　　　　　　　　　　　　　　November 30, 2021

*United States International Weston McKennie stars for Serie A club Juventus (Credit: Getty Images)*

Lega Serie A will follow in the footsteps of LaLiga and the Bundesliga by opening a regional office in New York City to expand the league's reach in North America.

The new office will open in Manhattan on January 1, 2022. It will be the league's first regional hub, with offices in Dubai and Shanghai also planned.

The aim is to gain a deeper relationship with United States rightsholder CBS Sports and develop new business opportunities such as regional partnerships for individual clubs or leagues, friendly competitions, and fan events.

It is also hoped that the move, which has been in the works since 2019, will lead to increased media rights in the region over the long term.

Veteran US soccer promoter Charlie Stillitano and former ESPN executive Scott Guglielmino will be assisting Serie A with the project in coordination with the league's commercial and marketing office in Italy.

Marco Messina, the founder of digital media Italian Football TV (IFTV) and a CBS Sports Serie A contributor, is also involved.

Luigi De Siervo, the league chief executive, said: "It is with great satisfaction that we are preparing to inaugurate the first international office of Lega Serie A, finalising a project started months ago and postponed due to the [Covid-19] pandemic."

A number of American stars currently play in Serie A, including Juventus midfielder Weston McKennie and Roma right-back Bryan Reynolds.

There are also an increasing number of American investors in the Italian game, including AC Milan, AS Roma, Bologna, Fiorentina, Spezia, Venezia, and Genoa.

Meanwhile, Serie B is being broadcast for the first time in the US following a distribution deal between Helbiz Media, the Italian league's exclusive global rights

distributor, and Fox Networks Group.

The move comes with private equity firm Apax Partners said to have revived its interest in investing in Serie A.

FAN ENGAGEMENT    FINANCE & LAW    LEGA SERIE A

**LATEST STORIES**

**IndyCar renews TAG Heuer partnership, strikes Autograph NFT deal**

14 Apr 2022

### Haas F1 rejects Uralkali demand for return of €12m title payment

14 Apr 2022

### IOC member Gilady dies aged 79

14 Apr 2022

### OneFootball widens Serie B remit with global content deal

14 Apr 2022

## RELATED NEWS

**LICENSING & MERCHANDISING**

### PSG to open flagship retail store in New York City

8 Mar 2022

**MEDIA**

### OneFootball adds Serie C to Italian content in Eleven distribution deal

15 Mar 2022

**MEDIA**

### USL establishes New York business presence with new broadcast and media vertical

23 Mar 2022

**FINANCE & LAW**

### French clubs reach agreement on distribution of CVC funds

25 Mar 2022

4/14/22, 12:27 PM
Serie A to open New York office to expand North American reach | SportBusiness
Case 1:22-cv-02917-VM Document 19-6 Filed 04/14/22 Page 5 of 8



SportBusiness is the most trusted global intelligence service, providing unique news, analysis, data, consulting and events.

**SBG Companies Limited**

Park House, 116 Park Street,

London, W1K 6AF, UK

**Telephone:** +44 (0) 20 7265 4100

**Email:** info@sportbusiness.com

**SportBusiness Group America, LLC**

1001 Brickell Bay Drive, Suite 2402, Miami, FL 33131,

USA

**Telephone:** +1 305 470 2483

**Email:** info@sportbusiness.com

**SportBusiness Group Asia Pte Ltd**

3 Temasek Ave, Centennial Tower #18-01, Singapore 039190

Case 1:22-cv-02917-VM   Document 19-6   Filed 04/14/22   Page 6 of 8

**Telephone:** +65 6797 6900

**Email:** info@sportbusiness.com



### For a global perspective on the business of sport

News, Insight and opinion from New York, London and Singapore. We cover the issues and the people that shape global sport every day.

LEARN MORE

**Sign up now**
Register now for free or subscribe to SportBusiness.com

---



### Business-critical deals data and analysis for anyone buying and selling media rights

Our service, powered by the TV Sports Markets team, is the most trusted and independent source of media rights values and deals globally in one online platform.

REQUEST DEMO

**Sample Analysis**
Global Media Report 2020

---



### Global sponsorship deal data and activation case studies for sponsorship executives

Data and analysis on the relationships between leading sport properties and the brands that sponsor them. Includes a global database of 30k deals and a growing archive of sport sponsorship activation case studies.

REQUEST DEMO

**Sample Data**

2020 Global Activation casebook



### Strategic and commercial advice and reports based on data-driven insight

We assist clients in providing detailed market studies, analysis of sponsorship and media rights value, assess their strategies and budget plans for them to base educated business decisions on. Apart from tailored bespoke reports for clients we release market studies on key media and sponsorship properties.

READ MORE

**Sample Analysis**

Winter Sports Report

About us

Press Releases

Advertise

Privacy Policy

Cookie Policy

Disclaimer

Terms & Conditions

Contact us

FAQ

  



SportBusiness has a strict internal policy governing the collection, analysis and cleansing of data. This involves the application of a proprietary set of rigorous data standards, with vetting by trusted experts to ensure unparalleled data quality and accuracy.

©2022 SBG Companies Limited or its affiliated companies, All rights reserved.

Site designed and built by interconnect/it