5:10

< 7    DS    Danny >

uk. un it

also I gave bob williams your #

he thought relevent was doing serie a deal which I said we are not but to call u

Thanks

yeah I didn't know what u wanted me to say so I just said I don't know details but that he should talk to u and that relevent is not invovled

hope that's good

Wed, Dec 1, 11:02 AM

carbone can do 9pm on the 18th

let me know if that works

They confirmed with her

ok great.

Thank you

iMessage