**Danny**

> Brother

Mon, Dec 6, 10:35 AM

when works to connect this week

> Let's do it next week. I just got called from Serie A I need to meet this week in Milano before they shut the world down. Sorry about that. Chas

sounds good. safe travels!

Mon, Dec 13, 3:51 PM

we have our holiday party tomorrow 430-730 if u want to join

> So nice to offer. Definitely will stop by. Where is it?

35 hudson yards , 6th floor

> Great. Thanks

Tue, Dec 14, 7:45 PM

**Danny**

Tue, Dec 14, 7:45 PM

**Danny:** thank u so much for coming

**Me:** Thanks for having me. Wonderful.

**Me:** I love you brother

**Me:** Send my best to Kim Sloan and Steve

**Danny:** love you! tell all your girls hello as well

**Me:** Will do. Good luck with UEFA. Sounds promising. Proud of you.

**Danny:** we'll see. long shot but we're gonna try

Mon, Jan 10, 10:16 AM

**Me:** Danny how about Thursday for a coffee and friendship? Chas

**Danny:** love to

**Me:** As we get closer and thaw out I