



2:08 LTE

27 Aleksander Čeferin

Sat, Jan 29

Caro Presidente. I hope you and your family are safe and healthy.

I am trying to work on several different projects in order to support my family and one of the opportunities is to put on matches in the USA. Several teams have come to me looking for summer preseason matches in the USA including the three that have caused issues with UEFA.

I write to update you that I still have not been able to work out a final settlement with Relevent. In the last few days they are insisting that I can't work with any of Relevent's former clients, even though they reduced my salary by 80% in March of 2020. My attorneys have advised me that they are wrong and have no legal basis. I would like to speak with you face to face and I am confident that when you are fully briefed that you will see the unfairness of their actions.

I can be in Europe next week and

**2:09** — Aleksander Čeferin (27)

> actions.
>
> I can be in Europe next week and would gladly come to Ljubljana or Nyon to see you.  I value our friendship so much and look forward to meeting with you. Kindest regards, Charlie
>
> *1:16 PM*

> Hi Charlie, as you know I have heard about your 'business" with the three clubs. Those clubs didn't "cause issues with UEFA". They tried to destroy UEFA, football an me personally. It's a shame that you don't understand it. The fact that you work with them means that me, UEFA or anyone I can have influence on will not have any business or private relation with you.  Trust me this was a big mistake. I don't even want to speak about Relevent or anything else with you until you're on the other side.  I had a very good opinion about you and as you know I even offered you a job. That's why I am even more disappointed.  But maybe you chose the group that you belong to. I wish all the best to your family.
>
> *5:55 PM*