

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

April 14, 2022

<u>By ECF</u>
The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Relevent Sports LLC . Stillitano*, No. 1:22-cv-02917-VM

Dear Judge Marrero:

    We represent Defendant Carmelo Stillitano. Moments before we filed our opposition to Plaintiff's application for a preliminary injunction, Plaintiff improperly sought to supplement their moving papers with an additional affidavit from Relevent Sports LLC's CEO, Daniel Sillman [Dkt. 17]. There is no proper procedural mechanism for Plaintiff to submit additional moving papers at this point. In addition, the Court was clear in its April 12 Order that reply arguments are reserved for the hearing on Plaintiff's application on April 18 at 2:00 p.m.

    Accordingly, we respectfully request that Mr. Sillman's improper affidavit be disregarded for purposes of considering the application sub judice.

                                      Respectfully submitted,

                                      William H. Mack

cc: All Counsel of Record (via ECF)