```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RELEVENT SPORTS, LLC,

        Plaintiff,

  -against-

CARMELO STILLITANO,

        Defendant.

---

No. 22-cv-2917

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    Having reviewed and considered the submissions of each party on the application of the Plaintiff, Relevent Sports, LLC ("Relevent"), for a Temporary Restraining Order and Preliminary Injunction against the Defendant, Carmelo Stillitano ("Stillitano"), (Dkt. Nos. 5-6), and having heard oral argument on that motion on Monday, April 18, 2022, the Court is persuaded that, for the reasons stated on the record, Stillitano's Employee Covenants Agreement with Relevent (the "Covenants Agreement") is enforceable and the relief granted by the Court on April 8, 2022 (Dkt. No. 8) remains in effect through May 7, 2022.

    Accordingly, the Court hereby **ORDERS:**

    Through May 7, 2022, Defendant and his agents and all

other persons who are in active concert or participation with Defendant are enjoined from violating any and all terms within the Covenants Agreement, including by (a) engaging in any business (whether as an employee, consultant, director, officer, partner, member, investor or shareholder) that is a Competitive Business (as defined in the Covenants Agreement); or (b) directly or indirectly diminishing the relationships between the Company Group (as defined in the Covenants Agreement) and any of their investors, clients, customers, sponsors, collaborators, participant soccer clubs or teams, vendors or service providers or seek, to divert such relationships for Defendant's personal benefit or to such firm or other person or entity with whom Defendant may then be employed or otherwise associated; and it is further

**ORDERED** that the grant of expedited discovery in the Court's April 8, 2022 Order (Dkt. No. 8) is continued; and it is further

**ORDERED** that security in the amount of $25,000 be posted by Relevent Sports, LLC no later than two (2) days after the entry of this order.

**SO ORDERED:**

Dated: 18 April 2022
       New York, New York

Victor Marrero
U.S.D.J.