**SURETEC INSURANCE COMPANY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RELEVENT SPORTS, LLC,

                    Plaintiff,

       -v-

CARMELO STILLITANO,

                   Defendant.
_____

BOND NO. 3495424

**UNDERTAKING ON PRELIMINARY INJUNCTION**

Index No. 22-cv-2917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2022

    WHEREAS, the above named Plaintiff, RELEVENT SPORTS, LLC, has applied for a **PRELIMINARY INJUNCTION** in the above entitled action, enjoining the Defendant, CARMELO STILLITANO, from doing things as more fully set forth in Order granted by the Hon. Victor Marrero, on April 18th, 2022 under and by virtue of the Federal Rules of Civil Procedure subject to the posting of an undertaking in the sum of *TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS*.

    NOW, THEREFORE, the *SURETEC INSURANCE COMPANY*, duly licensed to transact business in the State of New York and having an office and principal place of business at 3033 5th Ave, #300, San Diego, CA, 92103, as Surety, does hereby undertake that the Plaintiff, RELEVENT SPORTS, LLC, will pay to the Defendant, CARMELO STILLITANO, so enjoined, such damages and costs not exceeding the sum of *TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS*, as Defendant may sustain by reason of the Preliminary Injunction, if the Court shall finally decide that the Plaintiff was not entitled thereto: such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated: April 19th, 2022

                                                   **SURETEC INSURANCE COMPANY**

                                            By: _____
                                                      NEIL P. PEDERSEN
                                                    ATTORNEY-IN-FACT

                            **SURETY ACKNOWLEDGEMENT**

**STATE OF NEW YORK**        |SS:
**COUNTY OF NEW YORK**

On this 19th day of April in the year 2022, before me personally came **Neil P. Pedersen** to me known, who being by me duly sworn, did depose and say that he resides in **New York, N.Y.**; that he is Attorney-in-Fact of **SURETEC INSURANCE COMPANY**, the corporation described in and which executed the above instrument; that he knows the seal affixed to said instrument is such corporate seal; that it was affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

--------------------------------------------------------------------------------
**William J. Pedersen**
**Notary Public, State of New York**
**No. 01-PE4997302**
**Qualified in New York County**
**Commission Expires June 1, 2022**

                                                       NOTARY PUBLIC
--------------------------------------------------------------------------------

                                  **RUBY J. KRAJICK**
                                  **CLERK OF COURT**
                                 Approved 4/20/22
                      BY_____
                                     **Deputy Clerk**

POA# 3210003

# JOINT LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That SureTec Insurance Company, a Corporation duly organized and existing under the laws of the State of Texas and having its principal office in the County of Harris, Texas and Markel Insurance Company (the "Company"), a corporation duly organized and existing under the laws of the state of Illinois, and having its principal administrative office in Glen Allen, Virginia, does by these presents make, constitute and appoint:

Neil P. Pedersen, William J. Pedersen

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on their own behalf, individually as a surety or jointly, as co-sureties, and as their act and deed any and all bonds and other undertaking in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

Five Million and 00/100 Dollars ($5,000,000.00)

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolutions adopted by the Board of Directors of SureTec Insurance Company and Markel Insurance Company:

"RESOLVED, That the President, Senior Vice President, Vice President, Assistant Vice President, Secretary, Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the SureTec Insurance Company and Markel Insurance Company, as the case may be, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Markel Insurance Company and SureTec Insurance Company have caused their official seal to be hereunto affixed and these presents to be signed by their duly authorized officers on the 3rd day of February , 2021 .

SureTec Insurance Company
By: _____
Michael C. Keimig, President

Markel Insurance Company
By: _____
Robin Russo, Senior Vice President

Commonwealth of Virginia
County of Henrico SS:

On this 3rd day of February , 2021 A. D., before me, a Notary Public of the Commonwealth of Virginia, in and for the County of Henrico, duly commissioned and qualified, came THE ABOVE OFFICERS OF THE COMPANIES, to me personally known to be the individuals and officers described in, who executed the preceding instrument, and they acknowledged the execution of same, and being by me duly sworn, disposed and said that they are the officers of the said companies aforesaid, and that the seals affixed to the proceeding instrument are the Corporate Seals of said Companies, and the said Corporate Seals and their signatures as officers were duly affixed and subscribed to the said instrument by the authority and direction of the said companies, and that Resolutions adopted by the Board of Directors of said Companies referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Henrico, the day and year first above written.

By: _____
Donna Donavant, Notary Public
My commission expires 1/31/2023

MY COMMISSION NUMBER 7083968

We, the undersigned Officers of SureTec Insurance Company and Markel Insurance Company do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, we have hereunto set our hands, and affixed the Seals of said Companies, on the 19 day of April , 2022

SureTec Insurance Company
By: _____
M. Brent Beaty, Assistant Secretary

Markel Insurance Company
By: _____
Richard R. Grinnan, Vice President and Secretary

Any Instrument Issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this Power you may call (713)812-0800 on any business day between 8:30 AM and 5:00 PM CST.



SureTec Insurance Company
2103 CityWest Boulevard, Suite 1300
Houston, TX. 77042

## FINANCIAL STATEMENT
### as of December 31, 2021
### Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | $ 219,490,595 | Reserve for Losses and Loss Expense | $ 13,488,375 |
| Stocks | 133,737,266 | Reserve for Unearned Premiums | 51,736,821 |
| Cash & Short Term Investments | 27,633,366 | Other Liabilities | 180,227,664 |
| Agents Balances or Uncollected Premiums | 4,517,373 | TOTAL LIABILITIES | 245,452,860 |
| Other Admitted Assets | 1,629,632 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 136,555,372 |
| | | TOTAL POLICYHOLDERS SURPLUS | 141,555,372 |
| TOTAL ASSETS | $ 387,008,232 | TOTAL LIABILITIES AND POLICYHOLDERS SURPLUS | $ 387,008,232 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

### CERTIFICATE

David Allen Wisnoski, Secretary, and Michael Charles Keimig, President, of the SureTec Insurance Company, being duly sworn each for himself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2021, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2021, according to the best of their information, knowledge and belief.

_____
President

_____
Secretary

STATE OF TEXAS
COUNTY OF HARRIS

On this 21st day of February, 2022, before me came the above named officers of SureTec Insurance Company to me known to be the individuals and officers described herein, and acknowledge that they executed the foregoing instrument and affixed the seal of the corporation thereto by the authority of their office.

_____
Notary Public

LINDA WHITE
Notary Public State of Texas
Commission # 123994008
Commission Expires 10/14/2025