UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RELEVENT SPORTS, LLC,

                      Plaintiff,

-against-

CARMELO STILLITANO

                      Defendant.

Case No.: 22-cv-2917

**NOTICE OF APPEAL**

---

**NOTICE IS HEREBY GIVEN** that Defendant CARMELO STILLITANO, defendant in the above-named case ("Defendant"), hereby appeals to the United States Court of Appeals for the Second Circuit from Judge Victor Marrero's Order dated and entered on April 18, 2022.

Dated: New York, New York
       April 26, 2022

                                     DAVIDOFF HUTCHER & CITRON LLP

                                     By: _____
                                            Larry Hutcher
                                            William H. Mack
                                            Benjamin Noren
                                     605 Third Avenue
                                     New York, New York 10158
                                     Tel.: (212) 557-7200
                                     lkh@dhclegal.com
                                     whm@dhclegal.com
                                     bn@dhclegal.com
                                     *Attorneys for Defendant*

TO:    Harris Mufson
         GIBSON, DUNN & CRUTCHER LLP
         200 Park Avenue
         New York, NY 10166
         *Attorneys for Plaintiff*