UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>          Plaintiff,<br><br>-against-<br><br>CARMELO STILLITANO<br>          Defendant. | Case No.: 22-cv-2917<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendant CARMELO STILLITANO, defendant in the above-named case ("Defendant"), hereby appeals to the United States Court of Appeals for the Second Circuit from Judge Victor Marrero's Order dated and entered on April 18, 2022.

Dated: New York, New York
   April 26, 2022

                   DAVIDOFF HUTCHER & CITRON LLP

                   By: _____
                      Larry Hutcher
                      William H. Mack
                      Benjamin Noren
                   605 Third Avenue
                   New York, New York 10158
                   Tel.: (212) 557-7200
                   lkh@dhclegal.com
                   whm@dhclegal.com
                   bn@dhclegal.com
                   *Attorneys for Defendant*

TO: Harris Mufson
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    *Attorneys for Plaintiff*