```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RELEVENT SPORTS, LLC,                      :
                    Plaintiff,             :
        -against-                          :       22 CV 2917
                                           :         ORDER
CARMELO STILLITANO,                        :
                                           :
                    Defendant.             :
------------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Defendant Carmelo Stillitano is directed to respond to the motion of plaintiff Relevent Sports, LLC (Dkt. No. 28) within ten (10) days of this order.

**SO ORDERED:**

Dated: New York, New York
       3 May 2022

_____
Victor Marrero
U.S.D.J.