```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RELEVENT SPORTS, LLC,                     :
                         Plaintiff,       :
       -against-                          :      22 CV 2917
                                          :        ORDER
CARMELO STILLITANO,                       :
                                          :
                         Defendant.       :
------------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On May 2, 2022, Plaintiff Relevent Sports, LLC ("Relevent") moved for an award of attorney's fees and costs. See Dkt. No. 28. On May 13, 2022, Defendant Carmelo Stillitano ("Stillitano") opposed the motion. See Dkt. No. 34. In light of Stillitano's appeal filed in this matter, Relevent's motion (Dkt. No. 28) is denied without prejudice.

**SO ORDERED:**

Dated: New York, New York
       17 May 2022

_____
Victor Marrero
U.S.D.J.