UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RELEVENT SPORTS, LLC,

        Plaintiff,

- against -

CARMELO STILLITANO,

        Defendant.

---

Case No: 1:22-cv-02917-VM

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Relevent Sports, LLC ("Plaintiff") and Defendant Carmelo Stillitano ("Defendant") (collectively the "Parties") that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Plaintiff's claims against Defendant and Defendant's counterclaims against Plaintiff, are hereby mutually dismissed with prejudice and without costs to any party. This stipulation of dismissal signed by all Parties who have appeared, by and through their respective counsel, constitutes the voluntary dismissal of this action without need of further Court order.

IT IS FURTHER STIPULATED AND AGREED that this document may be executed in counterparts and that facsimile and scanned signatures shall have the same force and effect as original signatures.



Dated: New York, New York
December 15, 2022

GIBSON, DUNN & CRUTCHER LLP

By: _____

Harris M. Mufson
200 Park Avenue
New York, NY 10166
Telephone: 212.351.3805
hmufson@gibsondunn.com

*Counsel for Plaintiff*

DAVIDOFF HUTCHER & CITRON LLP

By: _____

Larry Hutcher
605 3rd Avenue
New York, NY 10158
Telephone: 646.428.3248
LKH@dhclegal.com

*Counsel for Defendant*

